UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRIFFOUL, et al.,

                        Plaintiffs,

-against-

BRIDGE METAVERSE, LLC, et al.,

                        Defendants.
------------------------------------------------------------ X

24 Civ. 7540 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was held on December 4, 2024.

WHEREAS, a Case Management Plan will be separately filed.  As discussed at the conference, it is hereby

**ORDERED** that, by **December 9, 2024**, Defendants shall file their motion to dismiss the Amended Complaint.  Plaintiffs shall file their opposition by **January 21, 2025**.  Defendants shall file their reply by **February 6, 2025**.  It is further

**ORDERED** that, by **December 20, 2024**, Plaintiffs shall file a letter on the status of service on Gregory Pelliteri.

Dated: December 5, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE