UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRYAN GRIFFOUL, et al.,

         Plaintiffs,  :  24 Civ. 7540 (LGS)

   -against-        :  <u>ORDER</u>

BRIDGE METAVERSE, LLC, et al.,

         Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, on November 21, 2024, Plaintiffs filed proof of service as to Defendant Bridge Metaverse, LLC.

 WHEREAS, on December 20, 2024, Plaintiffs filed proof of service as to Defendant Gregory Pelliteri.

 WHEREAS, Defendants Bridge Metaverse, LLC, and Gregory Pelliteri have not appeared in this action. It is hereby

 **ORDERED** that, by **February 21, 2025**, Plaintiffs shall file a letter stating whether they intend to move for default judgment as to Defendants Bridge Metaverse, LLC, and Gregory Pelliteri and, if so, proposing a date to present an Order to Show Cause for default judgment as to those Defendants and related papers as provided in the Court's Individual Rules.

Dated: February 14, 2025
   New York, New York

                   LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE