UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRIFFOUL, et al.,

                     Plaintiffs,

-against-

BRIDGE METAVERSE, LLC, et al.,

                     Defendants.
------------------------------------------------------------X

24 Civ. 7540 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Case Management Plan dated December 5, 2024, scheduled a pre-motion conference in this action for April 23, 2025.

       WHEREAS, an Order dated February 13, 2025, stayed discovery as to all appearing Defendants pending the resolution of Defendant Packman's motion to dismiss. It is hereby

       **ORDERED** that the April 23, 2025, pre-motion conference is **ADJOURNED sine die.**

Dated: April 22, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**