UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BRYAN GRIFFOUL, et al.,  :
                                  Plaintiffs,  :     24 Civ. 7540 (LGS)

        -against-  :     ORDER

BRIDGE METAVERSE, LLC, et al.,  :

                               Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed by the parties via e-mail that they have reached a settlement in principle in this case as to Defendant Michael Packman. The e-mail from the parties is appended to this Order. Accordingly, it is hereby **ORDERED** that this action is dismissed as to Defendant Michael Packman without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Defendant Michael Packman's motion to dismiss at Dkt. No. 23 is **DENIED** as moot and the Case Management Plan at Dkt. No. 25 is **VACATED**.

       The Clerk of Court is respectfully directed to terminate Defendant Michael Packman.

Dated: April 29, 2025
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Mark Goidell |
| **To:** | Schofield NYSD Chambers |
| **Cc:** | david_dtesq.com |
| **Subject:** | RE: Griffoul v. Bridge Metaverse, LLC, et al., Case No. 1:24-cv-07540-LGS, Status conference |
| **Date:** | Monday, April 28, 2025 5:25:32 PM |

**CAUTION - EXTERNAL:**

Your Honor,

Please be advised that Plaintiffs and defendant Michael Packman have reached an agreement to settle all claims against Mr. Packman in the above-referenced matter. We thank the Court for its assistance and consideration of this matter.

Mark E. Goidell

Law Office of Mark E. Goidell

666 Old Country Road, Suite 700

Garden City, New York 11530

Tel. (516) 683-0001

Cell (516) 459-4068