UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRYAN GRIFFOUL, et al.,

                    Plaintiffs,          24 Civ. 7540 (LGS)

        -against-                         ORDER

BRIDGE METAVERSE, LLC, et al.,

                    Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed by the parties that they have reached a settlement in principle in this case as to Defendant Gregory Pelliteri. Accordingly, it is hereby **ORDERED** that this action is dismissed as to Defendant Gregory Pelliteri without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. The parties are apprised that the Court does not retain jurisdiction to enforce the settlement unless the settlement agreement is filed on the public docket.

      The Clerk of Court is respectfully directed to terminate Defendant Gregory Pelliteri.

Dated: May 8, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**