UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
GRIFFOUL, et al., :
                        Plaintiffs, :
:    24 Civ. 7540 (LGS)
-against- :
:    <u>ORDER</u>
BRIDGE METAVERSE, LLC, et al., :
                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated May 1, 2025, directed Plaintiffs to file a proposed Order to Show Cause for default judgment as to Defendants Gregory Pelliteri and Bridge Metaverse, LLC by May 12, 2025.

      WHEREAS, an Order dated May 8, 2025, dismissed this action as to Defendant Pelliteri after the parties informed the Court that they had reached a settlement in principle. The Order did not dismiss the case as to Defendant Bridge Metaverse, LLC.

      WHEREAS, Plaintiffs have not filed a proposed Order to Show Cause for default judgment as to non-appearing Defendant Bridge Metaverse, LLC. It is hereby

      **ORDERED** that, by **May 27, 2025**, Plaintiffs shall file a proposed Order to Show Cause for default judgment and related papers pursuant to the Court's local rules as to Defendant Bridge Metaverse, LLC. Failure to do so may result in dismissal of Defendant Bridge Metaverse, LLC.

Dated: May 20, 2025
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE