UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :
BRIAN GRIFFOUL et al.,                                    :
                                      Plaintiffs,         :
                                                          :          24 Civ. 7540 (LGS)
                   -against-                               :
                                                          :                ORDER
BRIDGE METAVERSE, LLC et al.,                             :
                                      Defendants.         :
                                                          :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Defendant Bridge Metaverse, LLC has not appeared in this action initiated

on October 4, 2024.

        WHEREAS, Plaintiffs were directed to file a proposed Order to Show Cause for default

judgment against Defendant Bridge Metaverse, LLC in Orders entered February 20, 2025; April

14, 2025; May 1, 2025; May 20, 2025; and January 12, 2026.  The Orders dated May 20, 2025,

and January 12, 2026, stated that failure to meet the deadline may result in dismissal of

Defendant Bridge Metaverse, LLC.

        WHEREAS, Plaintiffs have obtained a Clerk's Certificate of Default as to Defendant

Bridge Metaverse, LLC.  Plaintiffs have also filed two letters dated January 9, 2026, and January

21, 2026, asserting that the Court has subject-matter jurisdiction over this action and stating that

they intend to seek a default judgment as to Bridge Metaverse, LLC.  However, Plaintiffs have

not filed a proposed Order to Show Cause or other supporting papers required by Local Civil

Rule 55.2.  It is hereby

**ORDERED** that, by **February 4, 2026**, Plaintiffs shall file a proposed Order to Show Cause and other papers required by Local Civil Rule 55.2 as to Defendant Bridge Metaverse, LLC.  Plaintiffs' further failure to comply with Court deadlines may result in involuntary dismissal of Defendant Bridge Metaverse, LLC pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 28, 2026
      New York, New York

                                  LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE

2