UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                     :

BRIAN GRIFFOUL et al.,                  :

                        Plaintiffs,   :

                               :       24 Civ. 7540 (LGS)

           -against-           :

                               :          ORDER

BRIDGE METAVERSE, LLC et al.,      :

                     Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order dated January 28, 2026, directed Plaintiffs to file a proposed Order

to Show Cause and other papers required by Local Civil Rule 55.2 as to Defendant Bridge

Metaverse, LLC.

     WHEREAS, Plaintiff filed a proposed Order to Show Cause on February 4, 2026, but the

document was rejected as to form because it did not include supporting documents as required by

Local Civil Rule 55.2.  It is hereby

     **ORDERED** that by **February 17, 2026,** Plaintiffs shall refile the proposed Order to

Show Cause including supporting documents as required by Local Civil Rule 55.2, and according

to the instructions on the docket.

     **ORDERED** that, by **March 6, 2026**, Plaintiffs shall file a memorandum of law and

proposed judgment in support of default judgment.

Dated: February 11, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**