UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
BRIAN GRIFFOUL et al.,                                    :
                                    Plaintiffs,           :
                                                          :         24 Civ. 7540 (LGS)
                        -against-                         :
                                                          :         ORDER
BRIDGE METAVERSE, LLC et al.,                             :
                                    Defendants.    :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Orders entered January 28, 2026, and February 11, 2026, directed

Plaintiffs to file a proposed Order to Show Cause and other papers required by Local Civil Rule

55.2 as to Defendant Bridge Metaverse, LLC.

WHEREAS, Plaintiffs filed proposed Orders to Show Cause on February 4, February 18,

and February 25, 2026.  Each time the filing was rejected as to form.  The filing on February 25,

2026, was rejected because the proposed order was not filed separately from the supporting

documents, as required by ECF Rule 16.3.  ECF Rule 16.3(b) requires a party seeking default

judgment to "Electronically file the following documents as separate ECF Filing Events (1) the

AFFIDAVIT or DECLARATION in Support (attach copies of the case initiating document and

the proof of service); (2) a STATEMENT OF DAMAGES (unless requesting an inquest); and (3)

a PROPOSED DEFAULT JUDGMENT using the Filing Event found under PROPOSED

ORDERS."

WHEREAS, the Order dated February 11, 2026, directed Plaintiffs to file a memorandum

in law in support of default judgment by March 6, 2026.  Plaintiffs failed to file the

memorandum.  It is hereby

**ORDERED** that by **March 16, 2026**, Plaintiffs shall file (1) the proposed order to show cause in compliance with the Clerk's instructions and ECF Rule 16.3; (2) a memorandum of law in support of default judgment.  Failure to comply with this deadline will result in dismissal of Defendant Bridge Metaverse, LLC pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 9, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE